FILED
U.S. DISTRICT COURT
2007 MAR 28 PM 4: 57

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHEAL ANTHONY BARNETTE, )
    Plaintiff, )
v. ) Case No. CV407-020
)
CPL. G. ERNST, CPL. W. GILL, )
GREGORY CRAWFORD, JUDGE )
PERRY BRANNEN, and LORI )
LONCON, )
    Defendants. )

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for the defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than April 11, 2007. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., Chief Judge, on April 12, 2007. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 28th day of March, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHEAL ANTHONY BARNETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV407-020 |
| | ) |
| CPL. G. ERNST, CPL. W. GILL, | ) |
| GREGORY CRAWFORD, JUDGE | ) |
| PERRY BRANNEN, and LORI | ) |
| LONCON, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2007.

> WILLIAM T. MOORE, JR., CHIEF JUDGE
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHEAL ANTHONY BARNETTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CPL. G. ERNST, CPL. W. GILL, ) <br> GREGORY CRAWFORD, JUDGE ) <br> PERRY BRANNEN, and LORI ) <br> LONCON, ) <br> ) <br> Defendants. ) | Case No. CV407-020 |

## **ORDER**

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2007.

---

**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**