FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 23 AM 10: 23

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MICHEAL ANTHONY BARNETTE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-020 |
| CPL. G. ERNST, CPL. W. GILL, GREGORY CRAWFORD, JUDGE PERRY BRANNEN, and LORI LONCON, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 23rd day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA